**Exhibit A**

**One Year Transfers**

**Trinity River Resources, LP – One Year Transfers**

| Payee | Payment Date | Amount |
|---|---|---|
| KODIAK RESOURCES, INC. | 4/22/2015 | $ 750,000.00 |
| BORDER TO BORDER EXPLORATION | 4/30/2015 | $ 420,000.00 |
| KODIAK RESOURCES, INC. | 6/19/2015 | $ 275,000.00 |
| BORDER TO BORDER EXPLORATION | 6/30/2015 | $ 420,000.00 |
| BORDER TO BORDER EXPLORATION | 8/12/2015 | $ 420,000.00 |
| BORDER TO BORDER #1 LP | 8/31/2015 | $ 790,613.00 |
| BORDER TO BORDER EXPLORATION | 9/30/2015 | $ 420,000.00 |
| KODIAK RESOURCES, INC. | 9/30/2015 | $ 300,000.00 |
| BORDER TO BORDER EXPLORATION | 11/2/2015 | $ 420,000.00 |
| BBX OPERATING, LLC | 11/3/2015 | $ 53,831.69 |
| BBX OPERATING, LLC | 11/3/2015 | $ 7.22 |
| BBX OPERATING, LLC | 11/6/2015 | $ 2,391,142.83 |
| BORDER TO BORDER EXPLORATION | 11/10/2015 | $ 1,680,000.00 |
| BORDER TO BORDER EXPLORATION | 11/10/2015 | $ 186,489.44 |
| BORDER TO BORDER EXPLORATION | 11/10/2015 | $ 1,260.00 |
| BBX OPERATING, LLC | 11/10/2015 | $ 235,298.19 |
| BORDER TO BORDER EXPLORATION | 1/7/2016 | $ 200,000.00 |
| BORDER TO BORDER EXPLORATION | 1/22/2016 | $ 113,826.88 |
| BBX OPERATING, LLC | 1/22/2016 | $ 24,895.65 |
| KODIAK RESOURCES, INC. | 2/3/2016 | $ 154,057.65 |
| BORDER TO BORDER EXPLORATION | 2/8/2016 | $ 236,173.12 |
| BORDER TO BORDER EXPLORATION | 4/15/2016 | $ 100,000.00 |
| | **Total:** | **$ 9,592,595.67** |