**Exhibit B**

**Additional Transfers**

**Trinity River Resources, LP – Additional Transfers**

| Payee | Payment Date | Amount |
|---|---|---|
| Border to Border Exploration, LLC | 10/22/2014 | $ 400,000.00 |
| Kodiak Resources, Inc. | 10/31/2014 | $ 108,424.10 |
| Border to Border Exploration, LLC | 11/5/2014 | $ 400,000.00 |
| Border to Border Exploration, LLC | 11/5/2014 | $ 77,762.41 |
| Kodiak Resources, Inc. | 11/30/2014 | $ 467,566.26 |
| Border to Border Exploration, LLC | 12/1/2014 | $ 400,000.00 |
| Kodiak Resources, Inc. | 12/31/2014 | $ 1,249,129.24 |
| Border to Border Exploration, LLC | 12/31/2014 | $ 400,000.00 |
| BBX Operating, LLC | 1/23/2015 | $ 100,471.39 |
| Kodiak Resources, Inc. | 1/31/2015 | $ 1,175,053.93 |
| Kodiak Resources, Inc. | 2/28/2015 | $ 1,708,760.45 |
| Border to Border Exploration, LLC | 3/16/2015 | $ 210,000.00 |
| Kodiak Resources, Inc. | 3/31/2015 | $ 80,179.31 |
| Border to Border Exploration, LLC | 4/15/2015 | $ 210,000.00 |
| | Total: | $ 6,987,347.09 |