**Exhibit C**

**Transfers**

**Trinity River Resources, LP - Transfers**

| Payee | Payment Date | Amount |
|---|---|---|
| Border to Border Exploration, LLC | 10/22/2014 | $ 400,000.00 |
| Kodiak Resources, Inc. | 10/31/2014 | $ 108,424.10 |
| Border to Border Exploration, LLC | 11/5/2014 | $ 400,000.00 |
| Border to Border Exploration, LLC | 11/5/2014 | $ 77,762.41 |
| Kodiak Resources, Inc. | 11/30/2014 | $ 467,566.26 |
| Border to Border Exploration, LLC | 12/1/2014 | $ 400,000.00 |
| Border to Border Exploration, LLC | 12/31/2014 | $ 400,000.00 |
| Kodiak Resources, Inc. | 12/31/2014 | $ 1,249,129.24 |
| BBX Operating, LLC | 1/23/2015 | $ 100,471.39 |
| Kodiak Resources, Inc. | 1/31/2015 | $ 1,175,053.93 |
| Kodiak Resources, Inc. | 2/28/2015 | $ 1,708,760.45 |
| Border to Border Exploration, LLC | 3/16/2015 | $ 210,000.00 |
| Kodiak Resources, Inc. | 3/31/2015 | $ 80,179.31 |
| Border to Border Exploration, LLC | 4/15/2015 | $ 210,000.00 |
| Kodiak Resources, Inc. | 4/22/2015 | $ 750,000.00 |
| Border to Border Exploration, LLC | 4/30/2015 | $ 420,000.00 |
| Kodiak Resources, Inc. | 6/19/2015 | $ 275,000.00 |
| Border to Border Exploration, LLC | 6/30/2015 | $ 420,000.00 |
| Border to Border Exploration, LLC | 8/12/2015 | $ 420,000.00 |
| Border to Border #1, LP | 8/31/2015 | $ 790,613.00 |
| Border to Border Exploration, LLC | 9/30/2015 | $ 420,000.00 |
| Kodiak Resources, Inc. | 9/30/2015 | $ 300,000.00 |
| Border to Border Exploration, LLC | 11/2/2015 | $ 420,000.00 |
| BBX Operating, LLC | 11/3/2015 | $ 53,831.69 |
| BBX Operating, LLC | 11/3/2015 | $ 7.22 |
| BBX Operating, LLC | 11/6/2015 | $ 2,391,142.83 |
| Border to Border Exploration, LLC | 11/10/2015 | $ 1,680,000.00 |
| Border to Border Exploration, LLC | 11/10/2015 | $ 186,489.44 |
| Border to Border Exploration, LLC | 11/10/2015 | $ 1,260.00 |
| BBX Operating, LLC | 11/10/2015 | $ 235,298.19 |
| Border to Border Exploration, LLC | 1/7/2016 | $ 200,000.00 |
| Border to Border Exploration, LLC | 1/22/2016 | $ 113,826.88 |
| BBX Operating, LLC | 1/22/2016 | $ 24,895.65 |
| Kodiak Resources, Inc. | 2/3/2016 | $ 154,057.65 |
| Border to Border Exploration, LLC | 2/8/2016 | $ 236,173.12 |
| Border to Border Exploration, LLC | 4/15/2016 | $ 100,000.00 |

|  | **Total:** | **$ 16,579,942.76** |