**Exhibit D**

**Additional Payments**

| Payee | Date | Amount |
|---|---|---|
| Border to Border Exploration LLC | 5/1/2012 | $ 189,000.00 |
| Border to Border Exploration LLC | 6/14/2012 | $ 189,000.00 |
| BBX Operating, LLC | 7/31/2012 | $ 1,886,749.00 |
| BBX Operating, LLC | 7/31/2012 | $ 16,067.60 |
| Border to Border Exploration LLC | 7/31/2012 | $ 189,000.00 |
| Border to Border Exploration LLC | 7/31/2012 | $ 22,752.66 |
| Kodiak Resources, Inc. | 7/31/2012 | $ 13,014.26 |
| Kodiak Resources, Inc. | 8/31/2012 | $ 8,381.70 |
| Kodiak Resources, Inc. | 9/30/2012 | $ 49,850.02 |
| Kodiak Resources, Inc. | 10/31/2012 | $ 14,386.35 |
| Border to Border Exploration LLC | 11/1/2012 | $ 189,000.00 |
| Border to Border Exploration LLC | 11/15/2012 | $ 189,000.00 |
| BBX Operating, LLC | 11/30/2012 | $ 7,943.54 |
| Border to Border Exploration LLC | 11/30/2012 | $ 189,000.00 |
| Border to Border Exploration LLC | 11/30/2012 | $ 189,000.00 |
| Border to Border Exploration LLC | 11/30/2012 | $ 11,276.50 |
| Kodiak Resources, Inc. | 11/30/2012 | $ 21,129.26 |
| Border to Border Exploration LLC | 12/31/2012 | $ 189,000.00 |
| Kodiak Resources, Inc. | 12/31/2012 | $ 14,121.96 |
| BBX Operating, LLC | 1/15/2013 | $ 15,186.59 |
| Border to Border Exploration LLC | 1/15/2013 | $ 21,514.32 |
| Border to Border Exploration LLC | 1/30/2013 | $ 198,450.00 |
| Kodiak Resources, Inc. | 1/31/2013 | $ 3,991.50 |
| Border to Border Exploration LLC | 2/28/2013 | $ 198,450.00 |
| Border to Border Exploration LLC | 4/11/2013 | $ 198,450.00 |
| Border to Border Exploration LLC | 6/3/2013 | $ 198,450.00 |
| BBX Operating, LLC | 6/26/2013 | $ 13,701.19 |
| Border to Border Exploration LLC | 6/26/2013 | $ 198,450.00 |
| Border to Border Exploration LLC | 6/26/2013 | $ 198,450.00 |
| Border to Border Exploration LLC | 6/26/2013 | $ 18,735.97 |
| BBX Operating, LLC | 7/8/2013 | $ 831,735.49 |
| Border to Border Exploration LLC | 7/9/2013 | $ 198,450.00 |
| Kodiak Resources, Inc. | 7/31/2013 | $ 41.70 |
| Border to Border Exploration LLC | 8/1/2013 | $ 198,450.00 |
| Border to Border Exploration LLC | 9/10/2013 | $ 198,450.00 |
| BBX Operating, LLC | 10/1/2013 | $ 12,853.13 |
| Border to Border Exploration LLC | 10/1/2013 | $ 198,450.00 |
| Border to Border Exploration LLC | 10/1/2013 | $ 16,556.56 |
| BBX Operating, LLC | 11/7/2013 | $ 44,795.42 |
| Border to Border Exploration LLC | 11/7/2013 | $ 59,008.40 |

| Payee | Date | Amount |
|---|---|---|
| Border to Border Exploration LLC | 11/20/2013 | $ 198,450.00 |
| Kodiak Resources, Inc. | 11/30/2013 | $ 123,690.80 |
| Border to Border Exploration LLC | 12/2/2013 | $ 198,450.00 |
| Border to Border Exploration LLC | 1/9/2014 | $ 208,372.50 |
| Kodiak Resources, Inc. | 1/31/2014 | $ 13,530.77 |
| Border to Border Exploration LLC | 2/12/2014 | $ 208,372.50 |
| Kodiak Resources, Inc. | 2/28/2014 | $ 16,174.80 |
| Border to Border Exploration LLC | 3/11/2014 | $ 208,372.50 |
| Border to Border Exploration LLC | 3/27/2014 | $ 383,255.00 |
| BBX Operating, LLC | 4/29/2014 | $ 87,406.31 |
| Border to Border Exploration LLC | 4/29/2014 | $ 400,000.00 |
| Border to Border Exploration LLC | 4/29/2014 | $ 78,981.08 |
| Kodiak Resources, Inc. | 5/31/2014 | $ 84,350.60 |
| Border to Border Exploration LLC | 6/4/2014 | $ 400,000.00 |
| Kodiak Resources, Inc. | 6/30/2014 | $ 129,427.45 |
| Border to Border Exploration LLC | 7/2/2014 | $ 400,000.00 |
| Kodiak Resources, Inc. | 7/31/2014 | $ 23,073.03 |
| Border to Border Exploration LLC | 7/31/2014 | $ 400,000.00 |
| Border to Border Exploration LLC | 7/31/2014 | $ 82,966.05 |
| Border to Border Exploration LLC | 8/26/2014 | $ 400,000.00 |
| Border to Border Exploration LLC | 8/26/2014 | $ 753,855.00 |
| Border to Border Exploration LLC | 8/26/2014 | $ 54,448.49 |
| BBX Operating, LLC | 8/28/2014 | $ 104,837.41 |
| BBX Operating, LLC | 8/28/2014 | $ 49,309.07 |
| Kodiak Resources, Inc. | 8/31/2014 | $ 719,575.14 |
| Kodiak Resources, Inc. | 9/30/2014 | $ 203,805.08 |
| | **Total:** | **$ 12,530,996.70** |