# UNITED STATES BANKRUPTCY COURT
# Western District of Texas

Bankruptcy Case No.: 16–10472–tmd

Chapter No.: 11

IN RE: **Trinity River Resources, LP** , Debtor(s)

Adversary Proceeding No.: 17–01090–tmd

Judge: Tony M. Davis

**Trinity River Resources, LP et al.**
Plaintiff

v.

**BBX Operating, LLC et al.**
Defendant

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held

at   Austin Courtroom 1, Homer Thornberry Judicial Bldg., 903 San Jacinto, Austin, TX 78701

on   **10/16/18 at 01:30 PM**

Hearing to Consider and Act Upon the Following: (related document(s): 38 Motion to Partially Quash Subpoena to Produce Documents Filed by Mark Curtis Taylor for Defendants BBX Operating, LLC, Border to Border #1, LP, Border to Border Exploration, LLC, John Gaines, Kodiak Resources, Inc., Matthew J. Telfer. (Attachments: #1 Proposed Order)) Hearing Scheduled For 10/16/2018 at 1:30 PM at Austin Courtroom 1 (Boyd, Laurie)

Dated: 10/11/18

Yvette M. Taylor
Clerk, U. S. Bankruptcy Court

[Hearing Notice (AP)] [NtchrgAPap]