

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**


**Dated: October 16, 2018.**

    **TONY M. DAVIS**
    **UNITED STATES BANKRUPTCY JUDGE**

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **Trinity River Resources, LP** | ) | **Case No. 16-10472 (TMD)** |
| | ) | |
| **Debtor.** | ) | |
| | ) | |
| **TRINITY RIVER RESOURCES, LP,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| v. | ) | **Adv. No. 17-01090 (TMD)** |
| | ) | |
| **MATTHEW J. TELFER, BBX OPERATING,** | ) | |
| **LLC, KODIAK RESOURCES, INC., BORDER** | ) | |
| **TO BORDER EXPLORATION, LLC, BORDER** | ) | |
| **TO BORDER #1, LP AND JOHN GAINES,** | ) | |
| | ) | |
| **Defendants.** | ) | |

### AGREED ORDER ON DEFENDANT'S MOTION TO PARTIALLY
### QUASH SUBPOENA TO PRODUCE DOCUMENTS

Came on for consideration the Defendant's Motion to Partially Quash Subpoena to

Produce Documents (the "Motion")(Dkt. No. 38) which was filed in response to a subpoena (the

031731-84219/4848-3728-4472.1

"<u>Subpoena</u>") that Plaintiff served on Bracewell LLP ("<u>Bracewell</u>") as the former counsel to Trinity River Resources, LP (the "<u>Debtor</u>").  It is, therefore,

ORDERED that Bracewell shall only produce documents (redacted to exclude non-Debtor matters) relating to matters on which Bracewell advised or represented the Debtor in responding to the Subpoena; and it is further

ORDERED that the rights of all parties as to whether Bracewell advised or represented the Debtor on any particular matter are preserved and any disputes relating to whether Bracewell advised or represented the Debtor on any particular matter shall be heard by the Court on further notice and motion.

AGREED AND ENTRY REQUESTED BY:

Waller Lansden Dortch & Davis, LLP

By: */s/ Mark C. Taylor*
         Mark C. Taylor
         State Bar No. 19713225
100 Congress Avenue, Suite 1800
Austin, Texas 78701
Mark.taylor@wallerlaw.com
Mark C. Taylor
Waller Lansden Dortch & Davis LLP
100 Congress Avenue, 18th Floor
Austin, Texas 78701
(512) 685-6400
(512) 685-6417 (facsimile)

AGREED AS TO FORM:

By: */s/ Thomas Labuda*
         Thomas Labuda
         Sidley Austin LLP
         Counsel for Liquidating Trustee

031731-84219/4848-3728-4472.1