**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: October 16, 2018.**

_____
**TONY M. DAVIS
UNITED STATES BANKRUPTCY JUDGE**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **In re:** | ) | Chapter 11 |
| | ) | |
| **Trinity River Resources, LP** | ) | Case No. 16-10472 (TMD) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| **TRINITY RIVER RESOURCES, LP,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Adv. No. 17-01090 (TMD) |
| | ) | |
| **MATTHEW J. TELFER, BBX OPERATING,** | ) | |
| **LLC, KODIAK RESOURCES, INC., BORDER** | ) | |
| **TO BORDER EXPLORATION, LLC, BORDER** | ) | |
| **TO BORDER #1, LP AND JOHN GAINES,** | ) | |
| | ) | |
| Defendants. | ) | |

**AGREED ORDER ON DEFENDANT'S MOTION TO PARTIALLY
QUASH SUBPOENA TO PRODUCE DOCUMENTS**

Came on for consideration the Defendant's Motion to Partially Quash Subpoena to

Produce Documents (the "Motion")(Dkt. No. 38) which was filed in response to a subpoena (the

031731-84219/4848-3728-4472.1

"Subpoena") that Plaintiff served on Bracewell LLP ("Bracewell") as the former counsel to Trinity River Resources, LP (the "Debtor"). It is, therefore,

ORDERED that Bracewell shall only produce documents (redacted to exclude non-Debtor matters) relating to matters on which Bracewell advised or represented the Debtor in responding to the Subpoena; and it is further

ORDERED that the rights of all parties as to whether Bracewell advised or represented the Debtor on any particular matter are preserved and any disputes relating to whether Bracewell advised or represented the Debtor on any particular matter shall be heard by the Court on further notice and motion.

AGREED AND ENTRY REQUESTED BY:

Waller Lansden Dortch & Davis, LLP

By: */s/ Mark C. Taylor*
    Mark C. Taylor
    State Bar No. 19713225
100 Congress Avenue, Suite 1800
Austin, Texas 78701
Mark.taylor@wallerlaw.com
Mark C. Taylor
Waller Lansden Dortch & Davis LLP
100 Congress Avenue, 18th Floor
Austin, Texas 78701
(512) 685-6400
(512) 685-6417 (facsimile)


AGREED AS TO FORM:


By: */s/ Thomas Labuda*
    Thomas Labuda
    Sidley Austin LLP
    Counsel for Liquidating Trustee

031731-84219/4848-3728-4472.1

2

```
                         United States Bankruptcy Court
                            Western District of Texas
Trinity River Resources, LP,
       Plaintiff                                             Adv. Proc. No. 17-01090-tmd

BBX Operating, LLC,
       Defendant
```

## CERTIFICATE OF NOTICE

```
District/off: 0542-1          User: boydl                Page 1 of 1              Date Rcvd: Oct 16, 2018
                              Form ID: pdfintp           Total Noticed: 2


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 18, 2018.
aty            +Thomas A. Labuda,    1000 Louisiana Street Ste 6000,    Houston, TX 77002-6004

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust            +E-mail/Text: ustpregion07.au.ecf@usdoj.gov Oct 16 2018 23:51:28
                 United States Trustee - AU12,   United States Trustee,   903 San Jacinto Blvd, Suite 230,
                 Austin, TX 78701-2450
                                                                                              TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 18, 2018                                    Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 16, 2018 at the address(es) listed below:
              Duston K. McFaul    on behalf of Plaintiff    Trinity River Resources, LP dmcfaul@sidley.com,
               txefilingnotice@sidley.com
              Mark Curtis Taylor    on behalf of Defendant Matthew J. Telfer mark.taylor@wallerlaw.com,
               tammy.greenblum@wallerlaw.com;annmarie.jezisek@wallerlaw.com
              Mark Curtis Taylor    on behalf of Defendant    Kodiak Resources, Inc. mark.taylor@wallerlaw.com,
               tammy.greenblum@wallerlaw.com;annmarie.jezisek@wallerlaw.com
              Mark Curtis Taylor    on behalf of Defendant John  Gaines mark.taylor@wallerlaw.com,
               tammy.greenblum@wallerlaw.com;annmarie.jezisek@wallerlaw.com
              Mark Curtis Taylor    on behalf of Defendant    Border to Border Exploration, LLC
               mark.taylor@wallerlaw.com,    tammy.greenblum@wallerlaw.com;annmarie.jezisek@wallerlaw.com
              Mark Curtis Taylor    on behalf of Defendant    BBX Operating, LLC mark.taylor@wallerlaw.com,
               tammy.greenblum@wallerlaw.com;annmarie.jezisek@wallerlaw.com
              Mark Curtis Taylor    on behalf of Defendant    Border to Border #1, LP mark.taylor@wallerlaw.com,
               tammy.greenblum@wallerlaw.com;annmarie.jezisek@wallerlaw.com
              Michael  Fishel    on behalf of Plaintiff    Liquidating Trustee (John T. Young, Jr.)
               mfishel@sidley.com,    michael-fishel-4347@ecf.pacerpro.com
              Michael  Fishel    on behalf of Plaintiff    Trinity River Resources, LP mfishel@sidley.com,
               michael-fishel-4347@ecf.pacerpro.com
                                                                                             TOTAL: 9
```